**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KATHY WILCOX,

    Plaintiff,

v.                                                                            Case No: 8:11-cv-289-T-30MAP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## **ORDER**

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Attorney Fees (Dkt. #31) and Defendant's Response to the Motion (Dkt. #34). Plaintiff requests contingent attorney's fees pursuant to 42 U.S.C. § 406(b), in the amount of $22,482.10 out of Plaintiff's past due social security insurance benefits. Defendant does not oppose Plaintiff's request. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Attorney Fees (Dkt. #31) is GRANTED.

2. The Clerk is directed to enter a judgment in favor of Plaintiff against Defendant in the amount of $22,482.10.

3. Plaintiff's counsel shall refund to Plaintiff attorney's fees in the amount of $5,636.63 which counsel received under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of December, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-289 atty fees 31 social security.docx